JANET S. BAER
**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| CONTRERAS, JAIME | § | Case No. 12-24077 |
| CONTRERAS, ANNA C | § § § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/16/2013 in Courtroom 615,
United States Bankruptcy Court
219 South Dearborn Street
Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/07/2013          By: Clerk of the Bankruptcy Court
                                      Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
CONTRERAS, JAIME § Case No. 12-24077
CONTRERAS, ANNA C §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 204,900.00 |
| and approved disbursements of | $ | 188,560.15 |
| leaving a balance on hand of[1] | $ | 16,339.85 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 3,500.00 | $ 0.00 | $ 3,500.00 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 5,601.50 | $ 0.00 | $ 5,601.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 78.00 | $ 0.00 | $ 78.00 |
| Other: Jaime Contreras and Anna C. Contreras | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 14,179.50 |
| Remaining Balance | | $ | 2,160.35 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,503,268.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Walker Heye & Meehan, LLC | $ 3,268.78 | $ 0.00 | $ 4.70 |
| 000003 | Johan Curtiss | $ 500,000.00 | $ 0.00 | $ 718.55 |
| 000004 | Anna Mitson | $ 500,000.00 | $ 0.00 | $ 718.55 |
| 000005 | Christina Davis Stevenson | $ 500,000.00 | $ 0.00 | $ 718.55 |

Total to be paid to timely general unsecured creditors   $ 2,160.35

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

　　　　Tardily filed general (unsecured) claims are as follows:

　　　　　　　　　　　　　　　　　　NONE

　　　　Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

　　　　Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

　　　　　　　　　　　　　　　　　　NONE

　　　　　　　　　　　　　Prepared By: /s/Philip V. Martino
　　　　　　　　　　　　　　　　　　　　　　　Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-24077-JSB
Jaime Contreras                                                         Chapter 7
Anna C Contreras
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: wepps              Page 1 of 2              Date Rcvd: Jun 10, 2013
                               Form ID: pdf006          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2013.
```
db/jdb     +Jaime Contreras,   Anna C Contreras,    2828 Buckingham Ave.,    Westchester, IL 60154-5113
19035117   +Anna Mitson,   c/o Leavy Schultz Davis & Fearing,    2415 W. Falls,    Kennewick, WA 99336-3068
19035118   +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
19035119   +Christina Davis Stevenson,    c/o Leavy Schultz Davis & Fearing,    2415 W. Falls,
             Kennewick, WA 99336-3068
19035120   +Credit Management,   4200 International Pkwy,    Carrollton, TX 75007-1912
19035121  #+FAMSA Inc,   1810 S Broadway Blvd,    Los Angeles, CA 90015-3525
19035123   +George Fearing,   Leavy Schultz Davis & Feaing PS,    2415 W. Falls,    Kennewick, WA 99336-3068
19035126   +Johan Curtiss,   c/o Leavy Schultz Davis & Fearing,    2415 W. Fallls,    Kennewick, WA 99336-3068
19932054    Midland Funding LLC,   By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
19035127   +Progress Finance,   171 Constitution Dr,    Menlo Park, CA 94025-1106
19035128   +Time Finance,   4000 Tweedy Boulevard,    Southgate, CA 90280-6136
19035129   +Walker Heye & Meehan, LLC,    1333 Columbia Park Trail,   Suite 220,    Richland, WA 99352-4713
19035130   +Wells Fargo Home Mortgage,    PO Box 10335,   Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19343309      E-mail/PDF: rmscedi@recoverycorp.com Jun 11 2013 02:26:32     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19035122   +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2013 02:24:28     GE Money Bank/Walmart DC,
               Walmart/GEMB,   PO Box 103104,   Roswell, GA 30076-9104
19932055      E-mail/PDF: rmscedi@recoverycorp.com Jun 11 2013 02:26:32
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 3
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19035124*  +George Fearing,   Leavy Schultz Davis & Feaing PS,   2415 W. Falls,    Kennewick, WA 99336-3068
19035125*  +George Fearing,   Leavy Schultz Davis & Feaing PS,   2415 W. Falls,    Kennewick, WA 99336-3068
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: wepps                 Page 2 of 2                  Date Rcvd: Jun 10, 2013
                               Form ID: pdf006             Total Noticed: 16


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2013 at the address(es) listed below:
              D Timothy Mcvey    on behalf of Creditor Anna   Mitson dtm@mcveyparsky-law.com
              D Timothy Mcvey    on behalf of Creditor John   Curtiss dtm@mcveyparsky-law.com
              D Timothy Mcvey    on behalf of Creditor    McVey & Parsky, LLC dtm@mcveyparsky-law.com
              D Timothy Mcvey    on behalf of Creditor Matthew R. Heimlich dtm@mcveyparsky-law.com
              D Timothy Mcvey    on behalf of Creditor George  Fearing dtm@mcveyparsky-law.com
              D Timothy Mcvey    on behalf of Creditor Christina   Davis Stevenson dtm@mcveyparsky-law.com
              D Timothy Mcvey    on behalf of Creditor    Leavy, Schultz, David & Fearing, P.S.
               dtm@mcveyparsky-law.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Philip V Martino, ESQ    on behalf of Attorney Philip V Martino philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Sarah  Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
               milli.zukowsky@quarles.com
              William D Cherny    on behalf of Joint Debtor Anna C Contreras bill@chernylaw.com
              William D Cherny    on behalf of Debtor Jaime  Contreras bill@chernylaw.com
                                                                                             TOTAL: 13
```