JANET S. BAER
# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                    §
                                          §
CONTRERAS, JAIME                          §    Case No. 12-24077
CONTRERAS, ANNA C                         §
                                          §
                                          §
_____Debtor(s)_____§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/PHILIP V. MARTINO_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

6/1/2010

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-24077 JSB Judge: JANET S. BAER | | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | CONTRERAS, JAIME | | | Date Filed (f) or Converted (c): | 06/14/12 (f) |
| | CONTRERAS, ANNA C | | | 341(a) Meeting Date: | 08/09/12 |
| For Period Ending: | 07/16/13 | | | Claims Bar Date: | 11/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME 5670 LEILANI DRIVE WEST RICHLAN | 227,000.00 | 0.00 | | 16,371.81 | FA |
| 2. CASH LOCATION: 2828 BUCKINGHAM AVE., WESTCHESTER I | 20.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING ACCOUNT #XXXX-XXXX-6773 BANK OF AMERICA P | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. SAVINGS ACCOUNT #XXXX-XXXX-6176 BANK OF AMERICA PO | 1,400.00 | 0.00 | | 0.00 | 0.00 |
| 5. 2 BEDS, 4 BOOKSHELVES, DINING ROOM TABLE & CHAIRS, | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. 100 BOOKS, 50 COMPACT DISCS, 20 RECORDS LOCATION: | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 7. NECESSARY WEARING APPAREL LOCATION: 2828 BUCKINGHA | 1,050.00 | 0.00 | | 0.00 | 0.00 |
| 8. 2 WEDDING BANDS LOCATION: 2828 BUCKINGHAM AVE., WE | 400.00 | 0.00 | | 0.00 | 0.00 |
| 9. STATE UNIVERSITIES RETIREMENT SYSTEM OF ILLINOIS 1 | 81,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. STATE FARM MUTUAL FUNDS ROTH IRA PO BOX 219548 KAN | 43,000.00 | 0.00 | | 0.00 | 0.00 |
| 11. 2005 CHEVROLET TRAILBLAZER 79,369 MILES LOCATION: | 7,175.00 | 0.00 | | 0.00 | 0.00 |
| 12. COPIER LOCATION: 2828 BUCKINGHAM AVE., WESTCHESTER | 150.00 | 0.00 | | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $365,395.00 | $0.00 | | $16,371.81 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report filed June 6, 2013. Hearing set for July 16, 2013.

Initial Projected Date of Final Report (TFR): 06/30/13    Current Projected Date of Final Report (TFR): 09/30/13

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                              Ver: 17.02e

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 12-24077 JSB | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | CONTRERAS, JAIME | Bank Name: | Congressional Bank |
| | CONTRERAS, ANNA C | Account Number / CD #: | *******0213 Congressional Bank - Checking Accou |
| Taxpayer ID No: | *******9442 | | |
| For Period Ending: | 07/16/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 03/04/13 | 1 | Action Closing Experts Inc. | Sale of Washington Property | 16,371.81 | | 16,371.81 |
| | | LAND AND MEGON KRAFTENBERG | Memo Amount: 204,900.00 | | | |
| | | | Contract Sales Price for Leilanii | | | |
| | | WELLS FARGO BANK | Memo Amount: ( 165,347.80 ) | | | |
| | | | Mortgage Payoff | | | |
| | | ERA SUN RIVER REALTY, INC. | Memo Amount: ( 12,294.00 ) | | | |
| | | | Commissioni | | | |
| | | MULTIPLE | Memo Amount: ( 10,886.39 ) | | | |
| | | | Closing Costs | | | |
| 04/22/13 | | Congressional Bank | Bank Charges | | 15.14 | 16,356.67 |
| 05/09/13 | | Congressional Bank | Bank Charges | | 16.82 | 16,339.85 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 204,900.00 | | COLUMN TOTALS | 16,371.81 | 31.96 | 16,339.85 |
| Memo Allocation Disbursements: | 188,528.19 | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 16,371.81 | 31.96 | |
| Memo Allocation Net: | 16,371.81 | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 16,371.81 | 31.96 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 204,900.00 | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 188,528.19 | | Congressional Bank - Checking Accou - *******0213 | 16,371.81 | 31.96 | 16,339.85 |
| | | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 16,371.81 | | | 16,371.81 | 31.96 | 16,339.85 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 16,371.81 31.96

LFORM2  UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                    Ver: 17.02e

FORM 2

Page: 2

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-24077 JSB | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | CONTRERAS, JAIME | Bank Name: | Congressional Bank |
| | CONTRERAS, ANNA C | Account Number / CD #: | *******0213  Congressional Bank - Checking Accou |
| Taxpayer ID No: | *******9442 | | |
| For Period Ending: | 07/16/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | 0.00 | 0.00 | |

| | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | | | | Date: July 16, 2013 |

Case Number: 12-24077  
Debtor Name: CONTRERAS, JAIME

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Quarles & Brady LLP | Administrative | | $5,679.50 | $0.00 | $5,679.50 |
| 999<br>2420-00 | Jaime Contreras and Anna C. Contreras | Administrative | | $5,000.00 | $0.00 | $5,000.00 |
| 080<br>7200-00 | Chase Bank USA N.A.<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $2,831.34 | $0.00 | $2,831.34 |
| 000001<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000002<br>080<br>7200-00 | Walker Heye & Meehan, LLC<br>1333 Columbia Park Trail<br>Suite 220<br>Richland, WA 99352 | Unsecured | | $3,268.78 | $0.00 | $3,268.78 |
| 000003<br>070<br>7100-00 | Johan Curtiss<br>c/o Leavy Schultz Davis & Fearing<br>2415 W. Fallls<br>Kennewick, WA 99336 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000004<br>070<br>7100-00 | Anna Mitson<br>c/o Leavy Schultz Davis & Fearing<br>2415 W. Falls<br>Kennewick, WA 99336 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000005<br>070<br>7100-00 | Christina Davis Stevenson<br>c/o Leavy Schultz Davis & Fearing<br>2415 W. Falls<br>Kennewick, WA 99336 | Unsecured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $16,779.62 | $0.00 | $16,779.62 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-24077
Case Name: CONTRERAS, JAIME
           CONTRERAS, ANNA C
Trustee Name: PHILIP V. MARTINO

  Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ | $ | $ |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ | $ | $ |
| Other: Jaime Contreras and Anna C. Contreras | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses    $_____
  Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Walker Heye & Meehan, LLC | $ | $ | $ |
|  | Chase Bank USA N.A. | $ | $ | $ |

Total to be paid to tardy general unsecured creditors      $_____

Remaining Balance      $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE