JANET S. BAER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| CONTRERAS, JAIME | § | Case No. 12-24077 |
| CONTRERAS, ANNA C | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/PHILIP V. MARTINO_____
                                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wells Fargo Home Mortgage PO Box 10335 Des Moines, IA 50306 |  |  |  |  |  |
|  | WELLS FARGO BANK |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| JAIME CONTRERAS AND ANNA C. CONTRER | | | | | |
| MULTIPLE | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| ERA SUN RIVER REALTY, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anna Mitson c/o Leavy Schultz Davis & Fearing 2415 W. Falls Kennewick, WA 99336 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Christina Davis Stevenson c/o Leavy Schultz Davis & Fearing 2415 W. Falls Kennewick, WA 99336 | | | | | |
| | Credit Management 4200 International Pkwy Carrollton, TX 75007 | | | | | |
| | FAMSA Inc 1810 S Broadway Blvd Los Angeles, CA 90015 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Money Bank/Walmart DC Walmart/GEMB PO Box 103104 Roswell, GA 30076 | | | | | |
| | Johan Curtiss c/o Leavy Schultz Davis & Fearing 2415 W. Fallls Kennewick, WA 99336 | | | | | |
| | Progress Finance 171 Constitution Dr Menlo Park, CA 94025 | | | | | |
| | Time Finance 4000 Tweedy Boulevard Southgate, CA 90280 | | | | | |
| | Walker Heye & Meehan, LLC 1333 Columbia Park Trail Suite 220 Richland, WA 99352 | | | | | |
| 000004 | ANNA MITSON | | | | | |
| 000005 | CHRISTINA DAVIS STEVENSON | | | | | |
| 000003 | JOHAN CURTISS | | | | | |
| 000001 | MIDLAND FUNDING LLC | | | | | |
| | CHASE BANK USA N.A. | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | WALKER HEYE & MEEHAN, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 12-24077 JSB Judge: JANET S. BAER | Trustee Name: | PHILIP V. MARTINO | |
| Case Name: | CONTRERAS, JAIME | Date Filed (f) or Converted (c): | 06/14/12 (f) | |
| | CONTRERAS, ANNA C | 341(a) Meeting Date: | 08/09/12 | |
| For Period Ending: | 10/17/13 | Claims Bar Date: | 11/13/12 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME 5670 LEILANI DRIVE WEST RICHLAN | 227,000.00 | 0.00 | | 16,371.81 | FA |
| 2. CASH LOCATION: 2828 BUCKINGHAM AVE., WESTCHESTER I | 20.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING ACCOUNT #XXXX-XXXX-6773 BANK OF AMERICA P | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. SAVINGS ACCOUNT #XXXX-XXXX-6176 BANK OF AMERICA PO | 1,400.00 | 0.00 | | 0.00 | 0.00 |
| 5. 2 BEDS, 4 BOOKSHELVES, DINING ROOM TABLE & CHAIRS, | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. 100 BOOKS, 50 COMPACT DISCS, 20 RECORDS LOCATION: | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 7. NECESSARY WEARING APPAREL LOCATION: 2828 BUCKINGHA | 1,050.00 | 0.00 | | 0.00 | 0.00 |
| 8. 2 WEDDING BANDS LOCATION: 2828 BUCKINGHAM AVE., WE | 400.00 | 0.00 | | 0.00 | 0.00 |
| 9. STATE UNIVERSITIES RETIREMENT SYSTEM OF ILLINOIS 1 | 81,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. STATE FARM MUTUAL FUNDS ROTH IRA PO BOX 219548 KAN | 43,000.00 | 0.00 | | 0.00 | 0.00 |
| 11. 2005 CHEVROLET TRAILBLAZER 79,369 MILES LOCATION: | 7,175.00 | 0.00 | | 0.00 | 0.00 |
| 12. COPIER LOCATION: 2828 BUCKINGHAM AVE., WESTCHESTER | 150.00 | 0.00 | | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $365,395.00 | $0.00 | | $16,371.81 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/13    Current Projected Date of Final Report (TFR): 09/30/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-24077 JSB | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | CONTRERAS, JAIME | | Bank Name: | Congressional Bank |
| | CONTRERAS, ANNA C | | Account Number / CD #: | *******0213 Congressional Bank - Checking Accou |
| Taxpayer ID No: | *******9442 | | | |
| For Period Ending: | 10/17/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 03/04/13 | 1 | Action Closing Experts Inc. | Sale of Washington Property | 16,371.81 | | 16,371.81 |
| | | LAND AND MEGON KRAFTENBERG | Memo Amount: 204,900.00 | | | |
| | | | Contract Sales Price for Leilanii | | | |
| | | WELLS FARGO BANK | Memo Amount: ( 165,347.80 ) | | | |
| | | | Mortgage Payoff | | | |
| | | ERA SUN RIVER REALTY, INC. | Memo Amount: ( 12,294.00 ) | | | |
| | | | Commissioni | | | |
| | | MULTIPLE | Memo Amount: ( 10,886.39 ) | | | |
| | | | Closing Costs | | | |
| 04/22/13 | | Congressional Bank | Bank Charges | | 15.14 | 16,356.67 |
| 05/09/13 | | Congressional Bank | Bank Charges | | 16.82 | 16,339.85 |
| 07/17/13 | 003001 | PHILIP V. MARTINO | Chapter 7 Compensation/Expense | | 3,500.00 | 12,839.85 |
| | | QUARLES & BRADY LLP | | | | |
| | | SUITE 4000 | | | | |
| | | 300 NORTH LASALLE STREET | | | | |
| | | CHICAGO, IL 60654 | | | | |
| 07/17/13 | 003002 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | 5,679.50 | 7,160.35 |
| 07/17/13 | 003003 | Jaime Contreras and Anna C. Contreras | Costs to Secure/Maintain Property ( | | 5,000.00 | 2,160.35 |
| 07/17/13 | 003004 | Chase Bank USA N.A. | Tardy General Unsecured 726(a)(3) | | 1,002.72 | 1,157.63 |
| | | P.O. Box 15145 | | | | |
| | | Wilmington, DE 19850-5145 | | | | |
| 07/17/13 | 003005 | Walker Heye & Meehan, LLC | Claim 000002, Payment 35.41474% | | 1,157.63 | 0.00 |
| | | 1333 Columbia Park Trail | | | | |
| | | Suite 220 | | | | |
| | | Richland, WA 99352 | | | | |

Page Subtotals  16,371.81  16,371.81

LFORM2

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 17.03a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-24077 JSB | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | CONTRERAS, JAIME | | Bank Name: | Congressional Bank |
| | CONTRERAS, ANNA C | | Account Number / CD #: | *******0213 Congressional Bank - Checking Accou |
| Taxpayer ID No: | *******9442 | | | |
| For Period Ending: | 10/17/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 204,900.00 | COLUMN TOTALS | 16,371.81 | 16,371.81 | 0.00 |
| Memo Allocation Disbursements: | 188,528.19 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 16,371.81 | 16,371.81 | |
| Memo Allocation Net: | 16,371.81 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 16,371.81 | 16,371.81 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 204,900.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 188,528.19 | Congressional Bank - Checking Accou - *******0213 | 16,371.81 | 16,371.81 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 16,371.81 | | 16,371.81 | 16,371.81 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

LFORM2

Ver: 17.03a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*